UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENT KIRTUS WELLS,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:13-cv-06089-RBL-KLS

ORDER AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation; and

(2)   the administrative decision is AFFIRMED.

DATED this 22nd day of September, 2014.

 

                                                /s/ Ronald B. Leighton

                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

ORDER - 1